JAMES BIRD
3117 DIVISION ST
RANSOM , PA , 18504

| | |
|---|---|
| Pay Date | 06/18/2026 |
| Advice # | D774026891 |
| Pay Period Start | 05/30/2026 |
| Pay Period End | 06/12/2026 |
| W-4 Fed Withholding | S |
| Claim Dependents | 0.0 |

## Additional Tax Withholding

| | |
|---|---|
| Fed | $0.00 |

## Employment Information

| | |
|---|---|
| Work Location | 6581 |

**WALMART STATEMENT OF EARNINGS AND DEDUCTIONS**
**WAL-MART ASSOCIATES, INC.**

1 CUSTOMER DRIVE , 6581
BENTONVILLE , AR , 72716

800-530-9929

| Earnings Totals | Hours | Current | YTD |
|---|---|---|---|
| Gross Pay | | $1,071.96 | $17,578.16 |
| Net Pay | | $651.40 | $11,539.91 |

| Deduction Totals | Current | YTD |
|---|---|---|
| Taxes | $160.84 | $3,070.89 |
| Other Deductions | $259.72 | $2,967.36 |

| Earnings Detail | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| REGULAR EARNINGS | $19.0 | 48.34 | $918.46 | $16,454.38 |
| OVERTIME EARN | | | $0.00 | $39.35 |
| LUMP SUM HRLY | | | $0.00 | $152.00 |
| OVERTIME/INCT | | | $0.00 | $0.98 |
| SAMS$HARE | | | $0.00 | $181.95 |
| PROT PTO USED | | | $0.00 | $560.50 |
| PTO PAY | $19.0 | 8.0 | $152.00 | $171.00 |
| CO STK CONT | | | $1.50 | $9.00 |

| Deductions Detail | Current | YTD |
|---|---|---|
| FEDERAL TAX | $40.29 | $1,050.90 |
| SOCIAL SECURITY | $63.38 | $1,062.08 |
| MEDICARE | $14.82 | $248.39 |
| PENNSYLVANIA | $31.38 | $525.90 |
| PA LOCAL TAX | $10.22 | $171.30 |
| SUI | $0.75 | $12.32 |
| INS MEDICAL * | $38.30 | $344.70 |
| INS DENTAL * | $8.70 | $78.30 |
| FAM/CHILD CSFX | $192.46 | $2,309.52 |
| CO STK CONT | $1.50 | $9.00 |
| STOCK PURCH | $10.00 | $60.00 |
| INS VIS * | $2.76 | $24.84 |
| PA LST | $6.00 | $72.00 |
| CHECK DEPOSIT | $651.40 | $11,539.91 |

| Other Information | |
|---|---|
| PTO AVL | 7.28 |
| PROTECTED PTO | 5.22 |
| PROTPTOUSEDYTD | 29.50 |
| WRKDHRS | 48.34 |

| Distributions | Current |
|---|---|
| Penn East Federal Cr | $651.40 |

**Messages**

Employee Category :HOURLY

**JAMES BIRD**
3117 DIVISION ST
RANSOM , PA , 18504

| | |
|---|---|
| Pay Date | 07/02/2026 |
| Advice # | D775658659 |
| Pay Period Start | 06/13/2026 |
| Pay Period End | 06/26/2026 |
| W-4 Fed Withholding | S |
| Claim Dependents | 0.0 |

## Additional Tax Withholding

| | |
|---|---|
| Fed | $0.00 |

## Employment Information

| | |
|---|---|
| Work Location | 6581 |

**WALMART STATEMENT OF EARNINGS AND DEDUCTIONS**
**WAL-MART ASSOCIATES, INC.**

1 CUSTOMER DRIVE , 6581
BENTONVILLE , AR , 72716

800-530-9929

| Earnings Totals | Hours | Current | YTD |
|---|---|---|---|
| Gross Pay | | $309.11 | $17,887.27 |
| Net Pay | | $82.79 | $11,622.70 |

| Deduction Totals | Current | YTD |
|---|---|---|
| Taxes | $31.87 | $3,102.76 |
| Other Deductions | $194.45 | $3,161.81 |

| Earnings Detail | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| REGULAR EARNINGS | $19.0 | 16.19 | $307.61 | $16,761.99 |
| OVERTIME EARN | | | $0.00 | $39.35 |
| LUMP SUM HRLY | | | $0.00 | $152.00 |
| OVERTIME/INCT | | | $0.00 | $0.98 |
| SAMS$HARE | | | $0.00 | $181.95 |
| PROT PTO USED | | | $0.00 | $560.50 |
| PTO PAY | | | $0.00 | $171.00 |
| CO STK CONT | | | $1.50 | $10.50 |

| Deductions Detail | Current | YTD |
|---|---|---|
| FEDERAL TAX | $0.00 | $1,050.90 |
| SOCIAL SECURITY | $16.74 | $1,078.82 |
| MEDICARE | $3.92 | $252.31 |
| PENNSYLVANIA | $8.29 | $534.19 |
| PA LOCAL TAX | $2.70 | $174.00 |
| SUI | $0.22 | $12.54 |
| INS MEDICAL * | $30.09 | $374.79 |
| INS DENTAL * | $6.83 | $85.13 |
| FAM/CHILD CSFX | $137.87 | $2,447.39 |
| CO STK CONT | $1.50 | $10.50 |
| STOCK PURCH | $10.00 | $70.00 |
| INS VIS * | $2.16 | $27.00 |
| PA LST | $6.00 | $78.00 |
| CHECK DEPOSIT | $82.79 | $11,622.70 |

| Other Information | |
|---|---|
| PTO AVL | 7.68 |
| PROTECTED PTO | 5.76 |
| PROTPTOUSEDYTD | 29.50 |
| WRKDHRS | 16.19 |

| Distributions | Current |
|---|---|
| Penn East Federal Cr | $82.79 |

**Messages**

Employee Category :HOURLY



Case 5:26-bk-02404 Doc 4 Filed 08/25/26 Entered 08/25/26 17:27:42 Desc Main Document Page 2 of 7

**11183 | NAMMO POCAL, INC.**
100 ELECTRIC STREET, SCRANTON, PA 18509 | 23-2189474

Check No: **00121620**

| ID# | Name | | | SSN | Period Start |
|---|---|---|---|---|---|
| U03186 | JAMES BIRD | | | [redacted] | 05/30/2026 |
| **Pay Date** | **Department** | **Location** | **Federal W-4** | **Pay Method** | **Period End** |
| 06/18/2026 | NPL-1200 | NPLPA2 | SOMFS | HOURLY | 06/12/2026 |

EARNINGS:

| Description | Rate | Hours | Amount | Year-to-Date |
|---|---|---|---|---|
| REGULAR | 22.0000 | 36.0000 | $ 792.00 | $ 792.00 |
| **Total Earnings:** | | 36.0000 | $ 792.00 | $ 792.00 |

TAXES:

| Description | Amount | Year-to-Date |
|---|---|---|
| FEDERAL W/H | $ 17.28 | $ 17.28 |
| SOCIAL SEC | $ 49.10 | $ 49.10 |
| MEDICARE | $ 11.48 | $ 11.48 |
| PA STATE W/H | $ 24.31 | $ 24.31 |
| PA EE SUTA | $ 0.55 | $ 0.55 |
| COVINGTON | $ 7.92 | $ 7.92 |
| COVINGTN LST | $ 2.00 | $ 2.00 |
| **Total Taxes:** | $ 112.64 | $ 112.64 |

DEDUCTIONS:

| Description | Amount | Year-to-Date |
|---|---|---|
| **Total Deductions:** | | |

PAID LEAVE

| Plan Name | Available | Taken |
|---|---|---|
| VACATION | 3.08 | 0.00 |
| SICK PAY | 22.68 | 0.00 |

CONTRIBUTIONS

| Description | Amount | Year-to-Date |
|---|---|---|

**Net Pay: $ 679.36**
**Net Pay Year-to-Date: $ 679.36**

DIRECT DEPOSIT

| Account Type | Account ID | Amount |
|---|---|---|
| CHECKING | 76622 | $ 679.36 |

©Exponent[HR] by Exponent Technologies

**NAMMO POCAL, INC.**
100 ELECTRIC STREET
SCRANTON, PA 18509

Date: **06/18/2026**

**00121620**

Pay to the order of: JAMES BIRD

Amount: $ *****679.36

Your net pay has been directly deposited into the bank accounts shown

U.S. Dollars

U03186
**JAMES BIRD**
**3117 DIVISION ST.**

**RANSOM TOWNSHIP, PA 18504**

NON-NEGOTIABLE

**11183 | NAMMO POCAL, INC.**
100 ELECTRIC STREET, SCRANTON, PA 18509 | 23-2189474

Check No: **00122365**

| ID# | Name | SSN | Period Start |
|---|---|---|---|
| U03186 | JAMES BIRD | [redacted] | 06/13/2026 |

| Pay Date | Department | Location | Federal W-4 | Pay Method | Period End |
|---|---|---|---|---|---|
| 07/02/2026 | NPL-1200 | NPLPA2 | SOMFS | HOURLY | 06/26/2026 |

**EARNINGS:**

| Description | Rate | Hours | Amount | Year-to-Date |
|---|---|---|---|---|
| REGULAR | 22.0000 | 71.0000 | $ 1,562.00 | $ 2,354.00 |
| SICK PAY | 22.0000 | 9.0000 | $ 198.00 | $ 198.00 |
| TXBL:GTL* | | | $ 1.74 | $ 1.74 |
| **Total Earnings:** | | 80.0000 | $ 1,761.74 | $ 2,553.74 |

* Taxable Non-Cash Fringe Benefit (Value included in Gross Earnings for tax calculation, but excluded from Net Pay.)

**TAXES:**

| Description | Amount | Year-to-Date |
|---|---|---|
| FEDERAL W/H | $ 114.83 | $ 132.11 |
| SOCIAL SEC | $ 102.76 | $ 151.86 |
| MEDICARE | $ 24.04 | $ 35.52 |
| PA STATE W/H | $ 50.83 | $ 75.14 |
| PA EE SUTA | $ 1.23 | $ 1.78 |
| COVINGTON | $ 16.56 | $ 24.48 |
| COVINGTN LST | $ 2.00 | $ 4.00 |
| **Total Taxes:** | $ 312.25 | $ 424.89 |

**DEDUCTIONS:**

| Description | Amount | Year-to-Date |
|---|---|---|
| MEDICAL | $ 100.40 | $ 100.40 |
| DENTAL | $ 3.39 | $ 3.39 |
| VISION | $ 0.60 | $ 0.60 |
| **Total Deductions:** | $ 104.39 | $ 104.39 |

**PAID LEAVE**

| Plan Name | Available | Taken |
|---|---|---|
| VACATION | 6.15 | 0.00 |
| SICK PAY | 13.68 | 9.00 |

**CONTRIBUTIONS**

| Description | Amount | Year-to-Date |
|---|---|---|

**Net Pay:** $ 1,343.36
**Net Pay Year-to-Date:** $ 2,022.72

**DIRECT DEPOSIT**

| Account Type | Account ID | Amount |
|---|---|---|
| CHECKING | 76622 | $ 1,343.36 |

©ExponentHR by Exponent Technologies

**NAMMO POCAL, INC.**
100 ELECTRIC STREET
SCRANTON, PA 18509

Date: **07/02/2026**

**00122365**

Amount:

Pay to the order of: JAMES BIRD

$ ***1,343.36

Your net pay has been directly deposited into the bank accounts shown

U.S. Dollars

U03186
**JAMES BIRD**
**3117 DIVISION ST.**

**RANSOM TOWNSHIP, PA 18504**

NON-NEGOTIABLE

**11183 | NAMMO POCAL, INC.**
100 ELECTRIC STREET, SCRANTON, PA 18509 | 23-2189474

Check No: **00123315**

| ID# | Name | | | SSN | Period Start |
|---|---|---|---|---|---|
| U03186 | JAMES BIRD | | | [redacted] | 06/27/2026 |
| **Pay Date** | **Department** | **Location** | **Federal W-4** | **Pay Method** | **Period End** |
| 07/17/2026 | NPL-1200 | NPLPA2 | SOMFS | HOURLY | 07/10/2026 |

**EARNINGS:**

| Description | Rate | Hours | Amount | Year-to-Date |
|---|---|---|---|---|
| REGULAR | 22.0000 | 72.0000 | $ 1,584.00 | $ 3,938.00 |
| HOLIDAY | 22.0000 | 8.0000 | $ 176.00 | $ 176.00 |
| TXBL:GTL* | | | $ 1.74 | $ 3.48 |
| SICK PAY | | | | $ 198.00 |
| **Total Earnings:** | | 80.0000 | $ 1,761.74 | $ 4,315.48 |

* Taxable Non-Cash Fringe Benefit (Value included in Gross Earnings for tax calculation, but excluded from Net Pay.)

**TAXES:**

| Description | Amount | Year-to-Date |
|---|---|---|
| FEDERAL W/H | $ 114.83 | $ 246.94 |
| SOCIAL SEC | $ 102.76 | $ 254.62 |
| MEDICARE | $ 24.03 | $ 59.55 |
| PA STATE W/H | $ 50.83 | $ 125.97 |
| PA EE SUTA | $ 1.23 | $ 3.01 |
| COVINGTON | $ 16.56 | $ 41.04 |
| COVINGTN LST | $ 2.00 | $ 6.00 |
| **Total Taxes:** | $ 312.24 | $ 737.13 |

**DEDUCTIONS:**

| Description | Amount | Year-to-Date |
|---|---|---|
| MEDICAL | $ 100.40 | $ 200.80 |
| DENTAL | $ 3.39 | $ 6.78 |
| VISION | $ 0.60 | $ 1.20 |
| **Total Deductions:** | $ 104.39 | $ 208.78 |

**PAID LEAVE**

| Plan Name | Available | Taken |
|---|---|---|
| VACATION | 9.23 | 0.00 |
| SICK PAY | 13.68 | 9.00 |

**CONTRIBUTIONS**

| Description | Amount | Year-to-Date |
|---|---|---|

**Net Pay:** $ 1,343.37
**Net Pay Year-to-Date:** $ 3,366.09

**DIRECT DEPOSIT**

| Account Type | Account ID | Amount |
|---|---|---|
| CHECKING | 76622 | $ 1,343.37 |

©Exponent[HR] by Exponent Technologies

**NAMMO POCAL, INC.**
100 ELECTRIC STREET
SCRANTON, PA 18509

Date: **07/17/2026**

**00123315**

Pay to the order of: JAMES BIRD

Amount: $ ***1,343.37

Your net pay has been directly deposited into the bank accounts shown

U.S. Dollars

U03186
**JAMES BIRD**
**3117 DIVISION ST.**

**RANSOM TOWNSHIP, PA 18504**

NON-NEGOTIABLE

**11183 | NAMMO POCAL, INC.**
100 ELECTRIC STREET, SCRANTON, PA 18509 | 23-2189474

Check No: **00123942**

| ID# | Name | | | SSN | Period Start |
|---|---|---|---|---|---|
| U03186 | JAMES BIRD | | | [redacted] | 07/11/2026 |
| **Pay Date** | **Department** | **Location** | **Federal W-4** | **Pay Method** | **Period End** |
| 07/31/2026 | NPL-1200 | NPLPA2 | SOMFS | HOURLY | 07/24/2026 |

EARNINGS:

| Description | Rate | Hours | Amount | Year-to-Date |
|---|---|---|---|---|
| REGULAR | 22.0000 | 44.0000 | $ 968.00 | $ 5,770.00 |
| REGULAR | 24.0000 | 36.0000 | $ 864.00 | |
| HOLIDAY | | | | $ 176.00 |
| TXBL:GTL* | | | $ 1.74 | $ 5.22 |
| SICK PAY | | | | $ 198.00 |
| **Total Earnings:** | | 80.0000 | $ 1,833.74 | $ 6,149.22 |

* Taxable Non-Cash Fringe Benefit (Value included in Gross Earnings for tax calculation, but excluded from Net Pay.)

TAXES:

| Description | Amount | Year-to-Date |
|---|---|---|
| FEDERAL W/H | $ 123.47 | $ 370.41 |
| SOCIAL SEC | $ 107.22 | $ 361.84 |
| MEDICARE | $ 25.07 | $ 84.62 |
| PA STATE W/H | $ 53.04 | $ 179.01 |
| PA EE SUTA | $ 1.28 | $ 4.29 |
| COVINGTON | $ 17.28 | $ 58.32 |
| COVINGTN LST | $ 2.00 | $ 8.00 |
| **Total Taxes:** | $ 329.36 | $ 1,066.49 |

DEDUCTIONS:

| Description | Amount | Year-to-Date |
|---|---|---|
| MEDICAL | $ 100.40 | $ 301.20 |
| DENTAL | $ 3.39 | $ 10.17 |
| VISION | $ 0.60 | $ 1.80 |
| CHILD SUP | $ 192.46 | $ 192.46 |
| **Total Deductions:** | $ 296.85 | $ 505.63 |

PAID LEAVE

| Plan Name | Available | Taken |
|---|---|---|
| VACATION | 12.31 | 0.00 |
| SICK PAY | 13.68 | 9.00 |

CONTRIBUTIONS

| Description | Amount | Year-to-Date |
|---|---|---|
| | | |

**Net Pay:** $ 1,205.79
**Net Pay Year-to-Date:** $ 4,571.88

DIRECT DEPOSIT

| Account Type | Account ID | Amount |
|---|---|---|
| CHECKING | 76622 | $ 1,205.79 |

©ExponentHR by Exponent Technologies

**NAMMO POCAL, INC.**
100 ELECTRIC STREET
SCRANTON, PA 18509

Date: **07/31/2026**

**00123942**

Amount:

Pay to the order of: JAMES BIRD $ ***1,205.79

Your net pay has been directly deposited into the bank accounts shown

U.S. Dollars

U03186
**JAMES BIRD**
**3117 DIVISION ST.**

**RANSOM TOWNSHIP, PA 18504**

NON-NEGOTIABLE

**11183 | NAMMO POCAL, INC.**
100 ELECTRIC STREET, SCRANTON, PA 18509 | 23-2189474

Check No: **00124967**

| ID# | Name | | | SSN | Period Start |
|---|---|---|---|---|---|
| U03186 | JAMES BIRD | | | xxx-xx-7339 | 07/25/2026 |
| **Pay Date** | **Department** | **Location** | **Federal W-4** | **Pay Method** | **Period End** |
| 08/14/2026 | NPL-1400 | NPLPA2 | SOMFS | HOURLY | 08/07/2026 |

**EARNINGS:**

| Description | Rate | Hours | Amount | Year-to-Date |
|---|---|---|---|---|
| REGULAR | 24.0000 | 80.0000 | $ 1,920.00 | $ 7,690.00 |
| HOLIDAY | | | | $ 176.00 |
| TXBL:GTL* | | | $ 1.74 | $ 6.96 |
| SICK PAY | | | | $ 198.00 |
| **Total Earnings:** | | 80.0000 | $ 1,921.74 | $ 8,070.96 |

* Taxable Non-Cash Fringe Benefit (Value included in Gross Earnings for tax calculation, but excluded from Net Pay.)

**TAXES:**

| Description | Amount | Year-to-Date |
|---|---|---|
| FEDERAL W/H | $ 129.42 | $ 499.83 |
| SOCIAL SEC | $ 112.67 | $ 474.51 |
| MEDICARE | $ 26.35 | $ 110.97 |
| PA STATE W/H | $ 55.74 | $ 234.75 |
| PA EE SUTA | $ 1.34 | $ 5.63 |
| COVINGTON | $ 18.16 | $ 76.48 |
| COVINGTN LST | $ 2.00 | $ 10.00 |
| **Total Taxes:** | $ 345.68 | $ 1,412.17 |

**DEDUCTIONS:**

| Description | Amount | Year-to-Date |
|---|---|---|
| 401(K) | $ 38.40 | $ 38.40 |
| MEDICAL | $ 100.40 | $ 401.60 |
| DENTAL | $ 3.39 | $ 13.56 |
| VISION | $ 0.60 | $ 2.40 |
| CHILD SUP | $ 192.46 | $ 384.92 |
| **Total Deductions:** | $ 335.25 | $ 840.88 |

**PAID LEAVE**

| Plan Name | Available | Taken |
|---|---|---|
| VACATION | 15.38 | 0.00 |
| SICK PAY | 13.68 | 9.00 |

**CONTRIBUTIONS**

| Description | Amount | Year-to-Date |
|---|---|---|
| 401K MATCH | $ 38.40 | $ 38.40 |

**Net Pay:** $ 1,239.07
**Net Pay Year-to-Date:** $ 5,810.95

**DIRECT DEPOSIT**

| Account Type | Account ID | Amount |
|---|---|---|
| CHECKING | 76622 | $ 1,239.07 |

©Exponent[HR] by Exponent Technologies

**NAMMO POCAL, INC.**
100 ELECTRIC STREET
SCRANTON, PA 18509

Date: **08/14/2026**

**00124967**

Pay to the order of: JAMES BIRD

Amount: $ ***1,239.07

Your net pay has been directly deposited into the bank accounts shown

U.S. Dollars

U03186
**JAMES BIRD**
**3117 DIVISION ST.**

**RANSOM TOWNSHIP, PA 18504**

NON-NEGOTIABLE