Certificate Number: 17082-PAM-DE-041393028

Bankruptcy Case Number: 26-02404

17082-PAM-DE-041393028

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 31, 2026, at 6:28 o'clock PM MST, JAMES E BIRD completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 31, 2026

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director