SABATINI LAW FIRM, LLC
**CARLO SABATINI**
**KRISTIN SABATINI**

216 N. Blakely St.
Dunmore, PA 18512
Phone: (570) 341-9000
Fax: (570) 504-2769
**Satellite Office:** Wilkes-Barre 823-9000

September 8, 2026

Bankruptcy Clerk's Office
U.S. Bankruptcy Court
197 S. Main St.
Wilkes-Barre, PA 18701

**RE: In re James Edward Bird**
**U.S. Bankruptcy Court Case No. 5:26-bk-02404-MJC**

Dear Sir or Madam:

The notice sent to Katelynn A Henrich in the above case was returned to our office because the address was incorrect. Kindly change the address for Katelynn A Henrich on the mailing matrix to the following:

| OLD ADDRESS: | NEW ADDRESS: |
|---|---|
| Katelynn A Henrich | Katelynn A Henrich |
| 203 Julia Street | 55 Havenstrite Lane |
| Moscow, PA 18444 | Covington Township, PA 18424 |

Thank you for your assistance. If you have any questions, please do not hesitate to contact me.

Sincerely yours,

s/Tiffany Bator
Tiffany Bator
Paralegal

/tb