Carlo Sabatini, ID # 83831
Attorney for Debtor
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re James Edward Bird,<br>Debtor | Chapter 7<br><br>Case No. 5:26-bk-02404-MJC |

**<u>CERTIFICATE OF SERVICE</u>**

I, Tiffany Bator, hereby certify that I am today, September 8, 2026, serving a true and correct copy of Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines upon the below creditor by depositing said document in the United States mail, first class, postage prepaid, addressed as follows:

Katelynn A Henrich
55 Havenstrite Lane
Covington Township, PA 18424

Dated: September 8, 2026

/s/ Tiffany Bator
Tiffany Bator